UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


DONALD KARPER, JR.                ]
    Plaintiff,                  ]
                                  ]
v.                                ]        No. 2:11-0055
                                  ]        Judge Trauger
CASIE HARRIS, et al.              ]
    Defendants.                  ]


<u>O R D E R</u>


    The Court has before it a *pro se* civil complaint (Docket Entry No.1) under 42 U.S.C. § 1983 and an application to proceed in forma pauperis (Docket Entry No.2).

    According to the application, the plaintiff has been unemployed since November, 2009. He was released from confinement in the Jackson County Jail on November 1, 2010. He claims no income, benefits or assets other than $200 he has received from his parents within the last six months.

    The information provided by the plaintiff gives no indication how the plaintiff has been supporting himself since his release from jail. Accordingly, the plaintiff is hereby GRANTED fourteen (14) days from the date of entry of this order on the docket in which to submit a statement describing with specificity the manner in which he has been supporting himself since November, 2010. The statement must include the sources of any income, assets or

benefits available to the plaintiff during that particular period of time.

It is so ORDERED.



_____
Aleta A. Trauger
United States District Judge