```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                       NORTHEASTERN  DIVISION
```

DONALD KARPER, JR.,                )
                                   )
         Plaintiff                 )
                                   )     Case No. 2:11-0055
v.                                 )     Judge Trauger/Brown
                                   )     **Jury Demand**
CASIE HARRIS, in her official and  )
individual capacity; and BRAD      )
STAFFORD, in his official and      )
individual capacity,               )
                                   )
         Defendants                )

## **O R D E R**

The Defendants have filed an answer in this matter (Docket Entry 15). This matter is set for a Rule 16 scheduling conference for **Monday, September 19, 2011, at 11:00 a.m., Courtroom 783**. The Defendants are directed to prepare a draft scheduling order and send a copy of it to the Plaintiff as least **seven days** before the conference. The Plaintiff is directed to review the matter and bring to the hearing any suggested changes he has to the scheduling order.

The Magistrate Judge notes that the Defendants have raised a service of process issue in their answer. Inasmuch as the Plaintiff is proceeding *in forma pauperis*, if necessary the Magistrate Judge will direct the United States Marshal to effect new service of process and will consider whether the cost of obligational service should be imposed on the Defendants. It appears that the returned certified mail receipts show that the

service of process on the Sheriff was signed for by someone as agent at the jail and the service of process on Harris was signed for by another individual using the last name as Harris.

The Plaintiff is cautioned that he must always keep a current address on file with the Court, and that failure to participate in the process can result in a recommendation that this case be dismissed for failure to prosecute.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge