IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DONALD KARPER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:11-0055 |
| | ) | Judge Trauger |
| CASIE HARRIS and BRAD STAFFORD, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 11, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 60), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendants' Motion For Summary Judgment (Docket No. 46) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 1st day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge